Rose Newcomb, as Administratrix of the Estate of Charles Newcomb, Deceased, et al., Respondents, *v.* Clifton Frink, Appellant.

Submitted November 26, 1951; decided November 29, 1951.

*David F. Lee, Sr.,* for motion.

No one opposed.

Motion granted and appeal dismissed, with $10 costs and disbursements, unless within ten days from the date of this order the appellant (1) gives a stipulation for judgment absolute pursuant to subdivision 3 of section 588 of the Civil Practice Act, and (2) files and serves the undertaking required by section 593 of the Civil Practice Act, in which events motion denied.